UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. LEE,<br><br>       Plaintiff,<br><br>  -against-<br><br>JOHN DOES 1&2, NEW YORK COUNTY MIDTOWN 53RD POLICE PRECENT; JOHN DOE & JANE DOE, N.Y. COUNTY DISTRICT ATTORNEY OFFICE,<br><br>       Defendants. | 20-CV-9290 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued December 9, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 for money damages for failure to state a claim on which relief may be granted, for seeking monetary relief from defendants who are immune from such relief, and as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court dismisses Plaintiff's claims under § 1983 for injunctive relief under the *Younger* abstention doctrine. To the extent Plaintiff seeks *habeas corpus* relief under 28 U.S.C. § 2241, the Court denies Plaintiff's petition without prejudice for failure to exhaust.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 9, 2020
     New York, New York

                     *Louis L. Stanton*
                     LOUIS L. STANTON
                       U.S.D.J.